# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MARVIN MORAN,

                Petitioner,

v.

WARDEN, L.C.C., *et al.*,

                Respondents.

Case No. 3:20-cv-00620-MMD-WGC

ORDER

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. But he did not apply to proceed *in forma pauperis*, nor did he pay the $5.00 filing fee.

It is therefore ordered that Petitioner must file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of Court is directed to send Petitioner a blank application form for incarcerated litigants. In the alternative, Petitioner must make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order.

It is further ordered that Petitioner has 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 12th Day of November 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE