UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARVIN MORAN,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>WARDEN, L.C.C., *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:20-cv-00620-MMD-WGC<br><br>ORDER |

　　　　This is a habeas corpus action under 28 U.S.C. § 2254. The Court directed Petitioner either to pay the filing fee or to file an application to proceed *in forma pauperis*. (ECF No. 3.) Petitioner has not complied with the Court's order within the allotted time. The Court will therefore dismiss the action. The dismissal will be without prejudice, but the Court makes no statement regarding the timeliness of any subsequently commenced action.

　　　　Reasonable jurists would not find the Court's determination to be debatable or wrong, and thus the Court will not issue a certificate of appealability.

　　　　It is therefore ordered that this action is dismissed without prejudice for Petitioner's failure to comply with the Court's order (ECF No. 3).

　　　　The Clerk of Court is directed to enter judgment accordingly and close this case.

　　　　It is further ordered that a certificate of appealability will not issue.

　　　　It is further ordered that that the Clerk of Court add Aaron Ford, Attorney General for the State of Nevada, as counsel for Respondents.

///

///

///

///

It is further ordered that the Clerk of Court provide copies of this order and all prior filings to the Attorney General in a manner consistent with the Clerk of Court's current practice, such as regeneration of notices of electronic filing. No response by the Attorney General is necessary.

DATED THIS 8th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE